IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DENNIS P. RIVERO, M.D.,

      Plaintiff,

v.                                          CV 16-318 WPL/SCY

BOARD OF REGENTS OF THE
UNIVERSITY OF NEW MEXICO
d/b/a UNIVERSITY OF NEW MEXICO
HEALTH SCIENCES CENTER,

      Defendant.

## ORDER OF TELEPHONIC SETTING

**MATTER TO BE HEARD:**             Status Conference

**DATE AND TIME OF HEARING:**       February 27, 2017, at 8:30 a.m.

**The parties will call the Court's "meet-me" line at (505) 348-2356.** It is recommended that a reliable long-distance carrier be used to ensure sound quality. This line can only accommodate up to five telephone lines, including the Court's. If the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

                                              William P. Lynch
                                              United States Magistrate Judge