

# THE UNIVERSITY OF NEW MEXICO
## HEALTH SCIENCES CENTER

*Associate Dean for Clinical Affairs*
*Provider Credentialing*
*MSC08 4620*
*1 University of New Mexico*
*Albuquerque, NM 87131-0001*
*Telephone: (505) 272-2526*

June 16, 2009

Muskogee Regional Medical Center
Medical Staff Office
300 Rockefeller Drive
Muskogee, OK 74401

Re:   Dennis P. Rivero, MD

Dear: Sir/Madam

Please be advised that the above mentioned practitioner has been a member of the UNM Health Sciences Center with privileges in the Department of Orthopaedics, Division of Adult Reconstruction from June 9, 1992 to present. During this period Dr. Rivero's appointment and clinical privileges have remained unchanged.

There is no derogatory information concerning professional performance, character, current competence or current physical and mental status.

This information is provided based upon my general knowledge and documentation provided within the credentials file.

Sincerely,

*[signature]*

Alison Webster, CPCS, CPMSM
Manager, Provider Credentialing

**EXHIBIT 7**