IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DENNIS P. RIVERO,

    Plaintiff,

v.                                                                                Civ. No. 16-318 WPL/SCY

BOARD OF REGENTS OF
THE UNIVERSITY OF NEW MEXICO,

    Defendant.

## ORDER SETTING MOTION HEARING
## AND EXPEDITED BRIEFING SCHEDULE

**THIS MATTER** is before the Court on Defendant's Motion to Compel (Doc. 68), Defendant's Second Motion to Compel (Doc. 90), and Plaintiff's Motion to Compel Discovery (Doc. 92). **In order to expedite resolution of these motions, the Court will hold a hearing on June 21, 2017 at 1:30 pm in the Hondo Courtroom located at the Pete V. Domenici United States Courthouse, 333 Lomas Boulevard, N.W., Albuquerque, NM 87102.** The parties shall keep their schedules open through the end of the day to ensure that adequate time is available to resolve any outstanding disputes.

    The Court further orders expedited briefing on Defendant's Second Motion to Compel (Doc. 90) and Plaintiff's Motion to Compel (Doc. 92). Response briefs for these motions shall be filed no later than **June 15, 2017**. To the extent that the parties choose to file reply briefs, the reply briefs shall be filed no later than **12:00 p.m.** on **June 19, 2017**.

    **IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE