UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
PETE V. DOMENICI UNITED STATES COURTHOUSE
333 LOMAS BLVD., N.W., SUITE 660
ALBUQUERQUE, NEW MEXICO 87102
TELEPHONE: (505) 348-2280
FACSIMILE: (505) 348-2285

JAMES O. BROWNING
  District Judge

January 23, 2018

**VIA CM/ECF**

Eric D. Norvell
Eric D. Norvell, Attorney, P.A.
500 Marquette Avenue NW, Suite 1200
Albuquerque, New Mexico 87102

Alfred A. Park
Lawrence M. Marcus
Park & Associates, L.L.C.
6100 Uptown Boulevard NE, Suite 350
Albuquerque, New Mexico 87110

  Re: Dennis P. Rivero, M.D. v. Board of Regents of the University of New Mexico
    No. CIV 16-0318 JB/SCY

Counsel:

  I want to bring a matter to your attention.  I have, with my law clerks, reviewed the Judicial Code of Conduct and do not believe this matter requires me to recuse myself.  I want everyone, however, to be fully informed and comfortable with my participation in the case.

  In the fall of 2017, I co-taught a class at the University of New Mexico School of Law called "Church and State" with Andy Schultz.  We have taught the class together on four other occasions. We taught similar classes from January until May in 2010 and 2012, and in the fall of 2006 and of 2015.

  In addition to weekly classes, Mr. Schultz and I usually have to meet once before the semester begins to discuss the curriculum and once after the semester ends to grade papers.  We also usually invite the students to one of our homes for the last class, food, and refreshments.

Counsel of Record
In Re: Dennis P. Rivero, M.D. v. Board of Regents of the University of New Mexico
       No. CIV 16-0318 JB/SCY
January 23, 2018
Page 2

    The last class was at my home on November 21, 2017, and both Mr. Schultz and his wife were present. We met on January 6, 2018 to grade papers and assign grades. To my knowledge, we are done with the class.

    I waive my pay for the class. In exchange, UNM gives me a student to help me write a law review article and he or she receives my pay. The student helping me last fall may do some more work on the article in the future. I also have made him an offer to serve as my law clerk for 2019-2020 and he has orally accepted.

    I believe that I can be fair and impartial. I see no reason to recuse myself. Please call my Courtroom Deputy Clerk, Michelle Behning (505-348-2289), if anyone objects. I have instructed Ms. Behning not to tell me who calls. If anyone objects, or has any questions, we can perhaps, have a telephonic conference. If Ms. Behning does not receive any calls, I will proceed to handle the case.

    Best regards.

Sincerely,

James O. Browning
United States District Judge