IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DENNIS P. RIVERO,

    Plaintiff,

v.                                                 Civ. No. 16-318 JB/SCY

BOARD OF REGENTS OF
THE UNIVERSITY OF NEW MEXICO,

    Defendant.

## ORDER

**THIS MATTER** is before the Court on Plaintiff's Motion to Compel (Doc. 137). The Court held a hearing on this motion on February 15, 2018. Doc. 181. At the hearing, the Court entered oral rulings on the record. *Id*. For the reasons stated on the record, Plaintiff's Motion to Compel (Doc. 137) is granted in part and denied in part. Each party shall bear its own costs and expenses.

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE