IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DENNIS P. RIVERO, M.D.,

        Plaintiff,

vs.                                                CIVIL NO. 16-cv-00318 JB-SCY

BOARD OF REGENTS OF THE UNIVERSITY OF NEW MEXICO
d/b/a UNIVERSITY OF NEW MEXICO HEALTH SCIENCES CENTER,

        Defendant.

### AFFIDAVIT OF DENNIS P. RIVERO, M.D.

    Pursuant to 28 U.S.C. 1746, I, Dennis P. Rivero, M.D., state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1. I am over the age of eighteen and have personal knowledge of the facts stated below.

2. On Monday, June 25, 2018, Judge James O. Browning's assistant, Carol Bevel, phoned my attorney, Eric D. Norvell, and left a message asking if counsel had received a disclosure letter from Judge Browning that was entered on the docket on June 22, 2018.

3. At the time of Ms. Bevel's call, I had the opportunity to review the disclosure letter only once without sufficient time to reflect upon the disclosures.

4. Furthermore, I had long since booked my travel plans from Oklahoma and was proceeding to travel to New Mexico for a hearing the next day on dispositive motions in this case.

5. As a consequence, my attorney informed the Judge's assistant that I would proceed without discussion of the disclosure letter dated June 22, 2018.

FURTHER AFFIANT SAYETH NAUGHT.

_____            _7/17/18_____
Dennis P. Rivero, M.D.                                               Date

# EXHIBIT A