UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable James O. Browning**

**CASE NO.**  16-cv-00318-JB-SCY           **DATE:**  8/13/18

**TITLE:** *Rivero v Board of Regents of UNM*

**COURTROOM CLERK:** C. Bevel           **COURT REPORTER:**  J. BEAN

**COURT IN SESSION:** 8:28am-9:01am      **TOTAL TIME:** 33 MINUTES

**TYPE OF PROCEEDING:** 203 MOTION for Recusal *of the Honorable James O. Browning*

**COURT RULING:** MATTER TAKEN UNDER ADVISEMENT.

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**     **ATTORNEYS PRESENT FOR DEFENDANT(S):**
Eric D Norvell                               Lawrence M Marcus

**PROCEEDINGS:**

8:28am   Court in session, counsel enter appearances, parties participating by phone. Court thanks parties for consent to Court conducting hearings while in the Dallas area.

8:28am   Court inquires whether or not plaintiff consents to out-of-district hearing this morning. Mr. Norvell indicates he does.

8:30am   Mr. Norvell argues in support of Motion for Recusal.

8:39am   Mr. Marcus responds, argues in opposition of Motion of Recusal.

8:48pm   Mr. Norvell responds.

8:54am   Court inclined to deny the motion, but will take it under advisement and likely rule on it with the other pending matters. Summary judgment remains under advisement also.

9:01am   Mr. Norvell nor Mr. Marcus have nothing further.

9:01am   Court in recess.