IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DENNIS P. RIVERO, M.D.,

        Plaintiff,

vs.                                                  CIVIL NO. 16-cv-00318 JB\SCY

BOARD OF REGENTS OF THE UNIVERSITY OF NEW MEXICO
d/b/a UNIVERSITY OF NEW MEXICO HEALTH SCIENCES CENTER,

        Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Dennis P. Rivero, M.D. as a party in the above-named case hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order of Judge James O. Browning [Doc. 211], entered on September 24, 2018, (i) granting the Defendant University of New Mexico Board of Regents' Motion and Memorandum for Summary Judgment [Doc. 139, filed Dec. 5, 2017]; (ii) granting the Defendant University of New Mexico Board of Regents' Amended Motion and Memorandum for Summary Judgment [Doc. 143, filed December 8, 2017]; (iii) denying the Plaintiff's Motion for Summary Judgment and Memorandum of Law as to Certain of Defendant Board of Regents of the University of New Mexico's Affirmative Defenses [Doc. 144, filed Dec. 8, 2017]; (iv) denying the Plaintiff's Motion in Limine to Exclude Complaints Against Plaintiff Prior to 2006 [Doc. 145, filed Dec. 8, 2017]; (v) denying the Plaintiff's Motion in Limine to Prohibit and Exclude Use of the Term "Psychological" in Reference to "Psychiatric" Evaluations [Doc. 146, filed Dec. 8, 2017]; and (vi) denying the Plaintiff's Motion to Recuse the Honorable James O. Browning [Doc. 203, filed July 17, 2018].

Respectfully submitted,

ERIC D. NORVELL, ATTORNEY, P.A.

 */s/ Eric D. Norvell*
Eric D. Norvell
2292 Faraday Ave., Suite 70
Carlsbad, CA 92008
(760) 452-0808
(760) 454-3802 (fax)
enorvell@norvellfirm.com
*Attorney for Plaintiff Dennis P. Rivero, M.D.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 22, 2018, I caused the foregoing Notice of Appeal to be served via the Court's electronic CM/ECF filing system to all parties entitled to receive notice and service in this case, including:

Lawrence M. Marcus
Alfred A. Park
Park & Associates, LLC
6100 Uptown Blvd., Suite 350
Albuquerque, NM 87110
lmarcus@parklawnm.com
apark@parklawnm.com
(505) 246-2805
(505) 246-2806 (fax)
*Attorneys for Defendant Board of Regents of the University of New Mexico*

 */s/ Eric D. Norvell*
Eric D. Norvell